# STEPHEN D. HANS & ASSOCIATES, P.C.

LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    4/8/2025

# MEMO ENDORSED

April 7, 2025

> The Court interprets the parties' request for a "reasonable postponement" of the initial conference as a postponement of 30 days. Application GRANTED. The initial case management conference scheduled for April 24, 2025 is ADJOURNED to **May 28, 2025 at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **May 21, 2025**, the parties must file a Pre-Conference Statement, which must include the information listed in the Court's order dated March 17, 2025 (Dkt. 20 at 2-3). SO ORDERED.
>
> _____ 4/8/2025
> Barbara Moses, U.S.M.J.

*Via ECF*

Hon. Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **Cuesta v. Vipri Corporation et al**
        **Case No.  24-cv-07101**

Dear Judge Moses,

I represent the Defendants in the above matter. This letter is submitted with the consent of the Plaintiff's counsel as well.

Both Mr. Samuel and I are extremely close to resolving this matter by settlement. We both maintain a long-standing cordial relationship over many years and lawsuits. We are presently navigating through a few issues that will ultimately create a long path to settlement. One of the delays in settlement is my client was in Italy until recently for a family medical issue.

We are both requesting a reasonable postponement of the initial conference set for April 24, 2025, before your Honor to allow us the opportunity to continue on the path of resolving this lawsuit which we are both confident can happen.

We appreciate the Court's indulgence and consideration of this matter.

Respectfully Submitted,

_____/s/Stephen Hans_____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard
Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700