UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCO ANTONIO CUESTA,<br><br>        *Plaintiff,*<br><br>-against-<br><br>VIPRI CORPORATION d/b/a CACIO E VINO and GIUSTO PRIOLA,<br><br>        *Defendants.* | Case No. 1:24-cv-07101-RA-BCM<br><br>**JUDGMENT** |

  **WHEREAS**, on June 13, 2025, defendants VIPRI CORPORATION d/b/a CACIO E VINO and GIUSTO PRIOLA ("Defendants") extended to plaintiff MARCO ANTONIO CUESTA ("Plaintiff") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees, costs and prejudgment interest.

  **WHEREAS**, on June 13, 2025, Plaintiffs accepted defendants' VIPRI CORPORATION d/b/a CACIO E VINO and GIUSTO PRIOLA's offer of judgment and filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

  NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

  That Plaintiff has judgment against defendants VIPRI CORPORATION d/b/a CACIO E VINO and GIUSTO PRIOLA in the amount of Fifty Thousand Dollar and Zero Cents ($50,000.00), inclusive of attorneys' fees, costs and prejudgment interest.

  This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omission of Defendants, in connection with the facts and circumstances that are the subject of this

action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendants, or any officer, employee or agent, either past or present, of Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge Defendants, their successors or assigns, and all past and present officers, employees, representatives, attorneys and agents of Defendants, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action.

Dated:  June 16 , 2025

_____
RONNIE ABRAMS,
U.S.D.J.